[No. 72305-7-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRAHMAN ABDIRAHMAN WARSAME, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00493-8, Jean A. Rietschel, J., entered August 1, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 72518-1-I. Division One. November 16, 2015.]

*In the Matter of the Marriage of* MARJORIE A. WORTZ, *Respondent*, and KIRK E. BUHNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-05656-4, Andrea A. Darvas, J., entered August 28, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Lau, J.

[No. 72523-8-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TANNER J., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-8-00003-5, Susan K. Cook, J., entered September 19, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Becker and Schindler, JJ.

[No. 72648-0-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIVER W. WEAVER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05381-0, Theresa B. Doyle, J., entered October 3, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Cox, J.